EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:                                                              | 2020 TSPR 87       |
|---------------------------------------------------------------------|--------------------|
| Extensión de Términos ante el paso de la Tormenta Tropical Laura    | 204 DPR _____      |

Número del Caso: EM-2020-16

Fecha: 21 de agosto de 2020

Materia: Resolución del Tribunal

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

Extensión de Términos ante            EM-2020-16
el paso de la Tormenta
Tropical Laura

RESOLUCIÓN

En San Juan, Puerto Rico, a 21 de agosto de 2020.

Durante la mañana del 21 de agosto de 2020, el Servicio Nacional de Meteorología emitió un aviso de tormenta tropical para todo Puerto Rico. En vista de la situación climatológica, se decretó la suspensión de los trabajos en la Rama Judicial a partir de las 3:00 pm del día de hoy, hasta el lunes, 24 de agosto de 2020, cuando se reanudarán las operaciones, si las condiciones del tiempo lo permiten.

Como resultado de lo anterior, y conforme nuestra facultad para reglamentar los procedimientos judiciales al computar los términos en las distintas leyes, reglas o reglamentos que aplican a esos procedimientos, se decreta que aplicará lo dispuesto en los artículos 388 y 389 del Código Político de 1902, 1 LPRA secs. 72 y 73. En consecuencia, se considerará el 21 de agosto de 2020 como si fuera día feriado. Cualquier término que venza en esta fecha se extenderá hasta el lunes, 24 de agosto de 2020 o hasta que las condiciones del tiempo permitan reanudar las labores en los tribunales y así se anuncie.

Además, se decreta que todo término que dispone el Reglamento del Programa de Educación Jurídica Continua, 4 LPRA Ap. XVII-F, se extenderá por igual periodo.

Se ordena la difusión pública inmediata de esta Resolución. Notifíquese al Director Administrativo de los Tribunales, al Director de la Oficina de Prensa de la Oficina de Administración de los Tribunales y a la Directora del Programa de Educación Jurídica Continua.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


José Ignacio Campos Pérez
Secretario del Tribunal Supremo